LOUISE D. ROBINSON *v.* COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES ET AL.

The plaintiff's petition for certification for appeal is dismissed.

*Louise D. Robinson,* pro se, in support of the petition.

Decided November 18, 1998

STATE OF CONNECTICUT *v.* JOSE RODRIGUEZ

The defendant's petition for certification for appeal from the Appellate Court, 49 Conn. App. 699 (AC 17234), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*M. Donald Cardwell,* in support of the petition.

*Rita M. Shair,* assistant state's attorney, in opposition.

Decided December 7, 1998

IRIS W. LORD *v.* PAUL H. MANSFIELD ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 50 Conn. App. 21 (AC 17122/18035), is denied.

*Max F. Brunswick,* in support of the petition.

*Frederick W. Krug,* in opposition.

Decided December 7, 1998